# United States District Court
## Southern District of Georgia

FILED
U.S. DIST. COURT
BRUNSWICK DIV.
AUG 01
2005 JUL 32 A 9: 34

George Allen, Sr.
_____
Plaintiff

v.

Baptist Village, Inc.
_____
Defendant

Case No. 5:05-cv-00051-WTM

Appearing on behalf of

Defendant
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __1st__ day of __August__, 2005.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:** Patricia G. Griffith

**Business Address:** Ford & Harrison LLP
_____
Firm/Business Name

1275 Peachtree Street, NE, Suite 600
_____
Street Address

| Atlanta | GA | 30309 |
|---|---|---|
| Street Address (con't) City | State | Zip |

Mailing Address (if other than street address)
_____

| Address Line 2 | City, State, Zip |
|---|---|
| 404/888-3831 | 311928 |
| Telephone Number (w/ area code) | Georgia Bar Number |

# United States District Court
## *Southern District of Georgia*

ATTORNEYS SERVED:

PATRICIA GRIFFITH
HUEY SPEARMAN

CASE NO: CV505-51

DATE SERVED: 8/1/05

SERVED BY: NITA ROSE

☐ Copy placed in Minutes
☐ Copy given to Judge
☐ Copy given to Magistrate