RECEIVED
DATE 1/3/06
DEPUTY CLERK
SOUTHERN DISTRICT OF GA.
SAVANNAH, GEORGIA

FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2006 JAN -9 P 4: 13
CLERK
S. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| GEORGE ALLEN, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 5:05-CV-00051-WTM |
| BAPTIST VILLAGE, INC., ) | |
| ) | |
| Defendant. ) | |

## CONSENT ORDER FOR LIMITED EXTENSION OF
## DISCOVERY AND DISPOSITIVE MOTION DEADLINES

COME NOW, the parties, through their counsel, and having consented and agreed, file this Consent Order to extend the time in which limited discovery may be conducted and the time in which the parties may file their dispositive motions:

1.

Pursuant to the Court's Scheduling Order, the discovery period in this matter is currently scheduled to end on January 9, 2006 and dispositive motions are due on or before February 8, 2006. Plaintiff's counsel contacted the office of Defendant's counsel on January 3, 2006 and informed Defendant that Plaintiff would like to take one additional deposition. Defendant's counsel is currently out of town. Due to scheduling conflicts, the recently requested deposition cannot be scheduled to occur before January 9, 2006. The respective witness and counsel,

1

however, are all available for a deposition on January 12, 2006. Thus, the parties request that the discovery period in this matter be extended to and through January 12, 2006 for the limited purpose of Plaintiff taking the above-referenced deposition. The parties also request that the parties be afforded thirty days after the receipt of the witness's deposition transcript to file dispositive motions.

2.

This extension is sought in good faith and is not intended to delay the resolution of this matter. The parties have not previously sought an extension of the discovery period or the time in which they could file dispositive motions.

For these reasons, the parties respectfully request that this Court enter an Order granting an extension of the discovery period in this matter until January 12, 2006 for the limited purpose of Plaintiff taking the above-referenced deposition and granting an extension of the time in which the parties may file dispositive motions.

This ___9th___ day of January, 2006.

MAGISTRATE JUDGE _____
United States District Court
Southern District of Georgia

2

RESPECTFULLY SUBMITTED AND CONSENTED TO BY:

*Patricia G. Griffith (by Renee Canody)*
PATRICIA G. GRIFFITH
Georgia Bar No. 311928
(Admitted *pro hac vice*)
FORD & HARRISON LLP
1275 Peachtree Street, NE
Suite 600
Atlanta, Georgia  30309
Telephone:  404/888-380
Counsel for Defendant

and

*Huey W. Spearman (w/ exp. perm. Renee Canody)*
HUEY W. SPEARMAN
Georgia Bar No. 670066
Post Office Box 2132
Waycross, Georgia 31502-2132
Telephone:(912) 284-9030
Counsel for Plaintiff

3